IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

    Plaintiff

-vs-

NATHAN C. FEAGIN

    Defendant

CASE NO. 1:10 CR 432-13

<u>ORDER ACCEPTING PLEA
AGREEMENT AND JUDGMENT</u>

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Nathan C. Feagin which was referred to the Magistrate Judge with the consent of the parties.

    On 29 September 2010, the government filed a three-count indictment against Nathan C. Feagin for conspiracy to possess with intent to distribute and distribution of cocaine and cocaine base in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, and unlawful use of a communication facility to facilitate a drug trafficking offense in violation of 21 U.S.C. § 843(b). On 20 October 2010, a hearing was held in which Nathan C. Feagin entered a plea of not guilty before Magistrate Judge McHargh. On 27 June 2013, Magistrate Judge McHargh received Nathan C. Feagin's plea of guilty

and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Nathan C. Feagin is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Nathan C. Feagin is adjudged guilty of Count One in violation of 21 U.S.C. Sections 841(a)(1), (b)(1)(C) and 846.

IT IS SO ORDERED.

Dated: 8/8/2013

_/s/ Lesley Wells_
UNITED STATES DISTRICT JUDGE